Decided December 22, 2005

### SILAS HARRIS *v.* COMMISSIONER OF CORRECTION

The petitioner Silas Harris' petition for certification for appeal from the Appellate Court, 92 Conn. App. 903 (AC 24717), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski,* special public defender, in support of the petition.

*John A. East III,* senior assistant state's attorney, in opposition.

Decided December 22, 2005